1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| **GIUMARRA BROTHERS FRUIT COMPANY, INC., et al.,**<br><br>          **Plaintiff,**<br><br>     **vs.**<br><br>**UNITED DISTRIBUTORS, et al.,**<br><br>          **Defendants.** | **Case No. 2:11-cv-05438-SJO-RZx**<br><br>**ORDER OF DEFAULT JUDGMENT AGAINST DEFENDANT UNITED DISTRIBUTORS, INC.** |

9
10
11
12
13
14
15
16
17

   This Court is presented with Plaintiffs' Notice of Motion and Amended

18
19

Motion for Entry of Default Judgment against Defendant, United Distributors,

20

Inc. Having reviewed the file and being otherwise duly advised in the premises,

21

   **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

22
23

   1.   Plaintiffs' Amended Motion for Entry of Default Judgment is

24

GRANTED to the extent stated below.

25
26

   2.   Judgment is entered in favor of Plaintiffs, Giumarra Brothers Fruit

27

Company, Inc. ("Giumarra") and Rio Vista Limited d/b/a Giumarra Companies

28

("Rio Vista"), and against Defendant, United Distributors, Inc. ("United Distributors"), in the principal amount of $177,814.68, together with taxable costs in the sum of $652.29, contractual pre-judgment interest in the sum of $128,523.99, attorneys' fees totaling $7,156.29, for a total judgment amount of $314,147.25, plus post-judgment interest at the rate set forth by 28 USC §1961, all of which qualifies for protection under PACA, until satisfied, for which let execution issue.

3. The Court directs the Clerk to enter Judgment against Defendant United Distributors as provided in Fed. R. Civ. P. Rule 54(b) and L.R. 54-3. Plaintiffs are not parties to any pending counterclaims or cross claims, and the rights between Plaintiffs and Defendant United Distributors cannot be affected by the continued proceeding among any other parties. Accordingly, there is no just reason for delay in entering a Final Judgment in favor of Plaintiff and against United Distributors.

4. The Clerk is directed to enter Judgment in accordance with this Order.

DATE: June 30, 2015

_____
UNITED STATES DISTRICT JUDGE